**Entered on Docket**
May 24, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

MAY 2 3 2006

CLERK
United States Bankruptcy Court
San Jose, California

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | Case No. 00-50574MMOR |
| Jorge H. Miranda ) | |
| ) | Chapter 13 |
| Debtor ) | **ORDER TO PAY UNCLAIMED FUNDS** |

It appearing that the check(s) made payable to <u>Mitchell Sweet & Associates</u> in the total amount of <u>$1,635.65</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>February 11, 2004</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>UNISA for Universal Technical Institute</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$1,635.65</u> to the order of <u>Universal Technical Institute c/o UNISA, Inc., 7400 E. Arapahoe Rd, Suite 10, Englewood, CO 80126.</u>

Dated May 23, 2006

UNITED STATES BANKRUPTCY JUDGE

# UNISA

7400 E. ARAPAHOE RD. STE 10
ENGLEWOOD, COLORADO 80112-1279
(303) 221-5626  FAX (303) 221-5606
cust-svc@unisainc.com

April 21, 2006

United States Bankruptcy Court
Attn: Toni Taylor
PO Box 7341
San Francisco CA 94120-7341

Dear Ms. Taylor;

Please be advised that UNISA INC. acting as the contracted third party servicer for the Federal Perkins Loan Program belonging to Universal Technical Institute.

Mitchell Sweet and Associates was the previous loan servicer and funds sent to them were returned to your office. The funds were disbursed for Jorge H. Miranda , SSN ■-■-8540 who claimed Chapter 13 Bankruptcy (case number 00-5-0574 M Mor). Please forward the funds to UNISA INC. at 7400 E Arapahoe Rd. Suite 10, Englewood CO, 80126. Please make the funds payable to Universal Technical Institute.

I declare under penalty of perjury that the statements in this letter are true and correct.

Raymond A. Morabito
President
UNISA INC.

# UNISA
LOAN SERVICING FOR HIGHER EDUCATION

## Ray Morabito
### President

7400 E. ARAPAHOE RD. STE 10
ENGLEWOOD, COLORADO 80112-1279
ray@unisainc.com

VOICE 1-800-875-8910
VOICE (303) 221-5626
FAX (303) 221-5606



00-50574 MM
Debtor: Jorge Miranda

DEVIN DERHAM-BURK, CHAPTER 13 TRUSTEE
2105 S. BASCOM AVE., STE. 280
CAMPBELL, CA 95008-3277
MAILING ADDRESS: PO BOX 50013
SAN JOSE, CA 95150-0013
TELEPHONE:       (408) 354-4413
FACSIMILE:       (408) 354-5513

CHAPTER 13 TRUSTEE FOR DEBTOR

**FILED**

FEB 11 2004

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In Re: JORGE H MIRANDA | CHAPTER 13 CASE NO. 00-5-0574 MMOR |
| | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the trustee in the above referenced case hereby turns over to the Court, check #2323420 for an unclaimed dividend in the amount of $1635.65 . The name and address of the claimant entitled to the unclaimed dividend is as follows:

Claim # 0006    MITCHELL SWEET & ASSOC
                P O BOX 78152
                PHOENIX AZ
                       85062

February 9, 2004

_____
DEVIN DERHAM-BURK, TRUSTEE

# Law Office of Rodney M. Kleman

400 Camino El Estero
Monterey, CA 93940
(831) 649-0200
Fax: (831) 649-8279

## FAX LETTER

FAX NUMBER TRANSMITTED TO: 415-268-2304
To:               Toni Taylor, Court Management Analyst
Of:               The United States Bankruptcy Court, Northern District Of California
From:             Robert D. Williams, Supervising Paralegal
Client/Matter:    Miranda, Jorge - Case No. 00-5-0574 MMor
Date:             July 26, 2005
COMMENTS: Original will not follow by US Mail.

Dear Ms. Taylor,

You may recall this case; the Chapter 13 Trustee forwarded som $1,635.65 to the Court as such funds were unclaimed by the intended creditor - Mitchell, Sweet and Associates. We since learned that the intended creditor went out of business and the claim was then assigned to UNISA as a collecting agent for the original creditor Universal Technical Institute. UNISA has since attempted to collect the funds from the Court but have been unable to do so either due to lack of documentation or lack of personal knowledge or skill in following the Court's guidelines for obtaining such funds.

At this time our client is being severely prejudiced. He is under constant threat of wage garnishment and the debt owed to the student loan creditor; which was originally scheduled to be paid at 100 cents on the dollar, has interest running on the unpaid debt. The funds currently held by the Court are sufficient to pay off the debt owed and the Debtor wishes the funds be remitted to UNISA.

Please review this matter and advise how we may facilitate payment to UNISA as obviously UNISA is unable to do it themselves. Can the funds simply be returned to the Debtor if he request such and has his request notarized - he could then remit payment directly - or perhaps we might need to file a Motion with the Court directing the funds be paid to UNISA or reopening the case so that we can change the intended creditor's name?

Your assistance in this matter is greatly appreciated.

Sincerely,

Robert D. Williams
Supervising Paralegal

*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

\* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (831) 649-0200.

LAW OFFICES OF
# RODNEY M. KLEMAN
400 CAMINO EL ESTERO
MONTEREY, CA 93940
PHONE (831)649-0200
FAX (831)649-9279
EMAIL: INFO@DEBTDOCTORS.COM

RODNEY M. KLEMAN
ATTORNEY AT LAW

SHAN MACLEAN
ATTORNEY AT LAW
ANITA J. JAEGER
ATTORNEY AT LAW

March 10, 2004

Unisa, Inc.
Attn: Susan Kent
7400 E. Arapahoe Road, Suite 10
Englewood, CO 80112
Via Facsimile Only: 303-221-5606

Re: **MIRANDA, Jorge H. - Chapter 13 Bankruptcy Case No. 00-5-0574 MMor**

Dear Ms. Kent:

This office represents the above-named person in a pending Chapter 13 Bankruptcy case. Mr. Miranda provided for his student loans to be paid in full through his Chapter 13 Bankruptcy Plan. Creditor Mitchell, Sween & Associates filed a Proof Of Claim for the debt owed on one of Mr. Miranda's student loans and such was being paid through his Chapter 13 Bankruptcy Plan. Mr. Miranda's case is now in the process of being discharged and the Chapter 13 Trustee has advised that funds forwarded to Mitchell, Sweet & Associates have been returned as address unknown.

Mr. Miranda has now advised this office that Unisa, Inc. is collecting on the aforementioned student loan debt. As the Trustee was unable to locate Mitchell, Sweet & Associates she forwarded the funds due them to the United States Bankruptcy Court for safe keeping. At this time request is made that you contact the United States Bankruptcy Court regarding the funds being held in favor of Mitchell, Sweet & Associates, or its assignees. The address to which you should send your inquire and demand for payment is as follows:

United States Bankruptcy Court, Northern District of California. Attn: Diane Christensen, 235 Pine Street, P.O. Box 7341, San Francisco, CA 94120-7341

If you have any questions or concerns please contact this office at (831) 649-0200 or via e-mail at info@debtdoctors.com.

Sincerely,

Robert D. Williams
Bankruptcy Paralegal

cc: file

The information contained in this facsimile message is information protected by attorney-client and/or the attorney work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other recipient of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

   

Student Loan Assistance

January 23, 2006

Home Office
20410 North 19th Avenue, Suite 200 / Phoenix, Arizona 85027
Phone (623) 445-9500 / Fax (623) 445-9501 / Toll Free 1-800-859-7249
www.uticorp.com

United States Bankruptcy Court
PO Box 7341
San Francisco, CA. 94120-7341
Attn: Toni Taylor

Re: Jorge Miranda

Dear Toni,

I am writing this letter to clarify the relationship between Universal Technical Institute/NASCAR Technical Institute/MMI and UNISA in order to make it possible for funds to be released to UNISA for Jorge Mirandas' Perkins loan account on our behalf.

Our institution loans students' Perkins funds and we hold the promissory notes on these loans; however, we do not service those loans. We hire third party servicers to maintain our Perkins loan accounts and are currently having these loans serviced by UNISA. We originally relied on Mitchell Sweet & Associates to service our Perkins loans until we changed servicers on April 1, 2000 to FAME and then again when we turned all of our Perkins loan accounts over to UNISA in May of 2001.

I certify under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Sincerely,

Anyta Kelly
Default Avoidance Supervisor
Universal Technical Institute/NASCAR Technical Institute/MMI
20410 N 19th Ave. Suite 200
Phoenix, AZ. 85027
623-445-9553
akelly@uticorp.com

Universal Technical Institute, Inc. Companies

Universal Technical Institute　Motorcycle Mechanics Institute　Marine Mechanics Institute　NASCAR Technical Institute　Custom Training Group
AZ // CA // IL // MA // PA // TX　Arizona // Florida　Florida　North Carolina　AZ // CA // FL // GA // IL
　　　　NJ // PA // TX



Universal Technical Institute, Inc.

**Anyta Kelly**
Default Avoidance Supervisor
Phone: 623.445.9553, Ext: 10553
Cell: 623.261.8405
Toll Free: 800.546.9519
akelly@uticorp.com
Fax: 623.445.9684

20410 North 19th Avenue; Suite 200
Phoenix, Arizona 85027

*www.uticorp.com*

00-50574 M
Debtor. Jorge Miranda

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

)
) Case No __00-5-0574 M Mor__
)
) Chapter __13__
)
Jorge Miranda
Debtor(s)　　　　　　　　　) **NOTICE OF SERVICE**
)

Notice is hereby given to the court that on (date) __4-21-06__, a copy of this application, claiming funds on behalf of creditor __Universal Tech Institute/ C/O OUNISA INC.__, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

_(signature)_
Petitioner's Signature

__Raymond A. MOrabito__
Type or Print Name